### LOYD *v.* ANDERSON.

TURNER, J.  This being a suit for a balance alleged to be due on an open account, wherein the defendant was charged with a cash item and credited with various amounts representing the value of certain timber accepted in part payment; and the evidence adduced at the trial disclosing that the plaintiff's cause of action (if any) was for a breach of a covenant with respect to the number of feet in a quantity of hewn timber sold and delivered to him for cash, under an agreement between himself and the defendant to abide by a measurement of the timber subsequently to be made by a disinterested third person, a recovery in favor of the plaintiff was unwarranted, he having failed to prove his case as laid.

*Judgment reversed.    All the Justices concur.*

Submitted March 14, —Decided March 30, 1904.

Complaint.    Before Judge Robinson.    City court of Wrightsville.    February 17, 1903.

*J. L. Kent*, for plaintiff in error.